1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ROBERT CHRISTOPHER JIMENEZ,          CASE NO. 1:10v-01766-SMS PC

10                      Plaintiff,              NOTICE OF ERRATUM

11        v.                                    (Doc. 9)

12  DR. WANG, et al.,

13                      Defendants.
                                        /
14

15        The order issued by the Court on October 29, 2010, striking Plaintiff's unsigned motion for

16  counsel, and denying Plaintiff's motion for admission of evidence and for counsel incorrectly set

17  forth the document numbers.

18        The record is corrected to reflect that document number 5 is stricken from the record for lack

19  of signature, and document number 7 is denied.

20

21  IT IS SO ORDERED.

22  **Dated:    October 29, 2010              /s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28

1