IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHRISTOPHER JIMENEZ, | 1:10-cv-01766-SMS (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| DR. WANG, et al., | (Motion #11) |
| Defendants. | |
| _____/ | |

   On March 3, 2011, Plaintiff filed a motion seeking leave to proceed in forma pauperis. Plaintiff's previous motion was granted on September 29, 2010. Accordingly, Plaintiff's second motion is HEREBY DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated:   March 8, 2011**            /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE